IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>351 Explorer Way, Florence, Montana, 59833, and a 1998 Tacoma, Montana License Plate #135769L | MJ 21-86-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been not executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 15th day of September, 2021.

Kathleen L. DeSoto
United States Magistrate Judge

1